**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Oct 30 2023

**KEVIN P. WEIMER**, Clerk

By: L. Glaser
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR RAY HANSON, II | Criminal Action No.<br><br>1:23-CR-0343 |

## Motion to Unseal Indictment

The United States of America, by Ryan K. Buchanan, United States Attorney, and Bret R. Hobson, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **Indictment** in the above-styled case and in support thereof shows that the defendant has been apprehended.

WHEREFORE, the government respectfully requests that **Indictment** be unsealed.

                                    Respectfully submitted,

                                    RYAN K. BUCHANAN
                                      *United States Attorney*

                                /s/BRET R. HOBSON
                                    *Assistant United States Attorney*
                                  Georgia Bar No. 882520
                                  Bret.Hobson@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ARTHUR RAY HANSON, II

Criminal Indictment

No. 1:23-CR-0343

**UNDER SEAL**

THE GRAND JURY CHARGES THAT:

## Introduction

At all times material to this indictment:

1. The defendant, ARTHUR RAY HANSON, II, lived in or around Huntsville, Alabama.

2. Fani Willis was the elected District Attorney for Fulton County, Georgia, and was investigating a case involving Former President of the United States Donald J. Trump.

3. Patrick Labat was the elected Sheriff for Fulton County, Georgia, and was in charge of the operation of the Fulton County Jail where Fulton County criminal defendants are often received into custody and photographed.

## Count One

4. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 3 of this Indictment as if fully set forth herein.

5. On or about August 6, 2023, in the Northern District of Georgia and elsewhere, the defendant, ARTHUR RAY HANSON, II, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of Alabama to the State of Georgia, that contained a threat to injure Fulton County Sheriff Patrick Labat; specifically, HANSON called the Fulton County Government customer service line and left a voicemail message for Sheriff Labat in which HANSON made statements, which included, but were not limited to, the following: "if you think you gonna take a mugshot of my President Donald Trump and it's gonna be ok, you gonna find out that after you take that mugshot, some bad shit's probably gonna happen to you;" "if you take a mugshot of the President and you're the reason it happened, some bad shit's gonna happen to you;" "I'm warning you right now before you fuck up your life and get hurt real bad;" "whether you got a goddamn badge or not ain't gonna help you none;" and "you gonna get fucked up you keep fucking with my President."

All in violation of Title 18, United States Code, Section 875(c).

### Count Two

6. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 3 of this Indictment as if fully set forth herein.

7. On or about August 6, 2023, in the Northern District of Georgia and elsewhere, the defendant, ARTHUR RAY HANSON, II, consciously disregarding

a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of Alabama to the State of Georgia, that contained a threat to injure Fulton County District Attorney Fani Willis; specifically, HANSON called the Fulton County Government customer service line and left a voicemail message for District Attorney Willis in which HANSON made statements, which included, but were not limited to, the following: "watch it when you're going to the car at night, when you're going into your house, watch everywhere that you're going;" "I would be very afraid if I were you because you can't be around people all the time that are going to protect you;" "there's gonna be moments when you're gonna be vulnerable;" "when you charge Trump on that fourth indictment, anytime you're alone, be looking over your shoulder;" and "what you put out there, bitch, comes back at you ten times harder, and don't ever forget it."

All in violation of Title 18, United States Code, Section 875(c).

A _True_ BILL

_Penny Haworth_
FOREPERSON

RYAN K. BUCHANAN
United States Attorney

BRET R. HOBSON
*Assistant United States Attorney*
Georgia Bar No. 882520

BRENT ALAN GRAY
*Assistant United States Attorney*
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Oct 30 2023

KEVIN P. WEIMER, Clerk

By: L. Glaser
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

Arthur Ray Hanson, II

Criminal Action No.

1:23-CR-0343

### Order

Having read and considered the government's Motion to Unseal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be unsealed.

SO ORDERED this 30th day of October, 2023.

JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

Presented by:
Bret R. Hobson, Assistant United States Attorney

ATTEST: A TRUE COPY CERTIFIED THIS

Date: Oct 30 2023

KEVIN P. WEIMER, Clerk

By: L. Glaser
Deputy Clerk